Attorneys—Chester A. Mack, for plaintiff-in-error; Edward J. Myers, for defendant-in-error.

## No. 786
### ROELLE v. SMITH
Ohio Appeals, 3rd District, Crawford County
No. 954. Decided July 11, 1923

172. EVIDENCE.

Judicial notice that another action, of the same kind, in same court and between same parties will not be taken.

HUGHES, J.

### Epitomized Opinion

Roelle filed a petition in the Common Pleas Court of Crawford county. The defendant filed a motion to strike the petition from the files for the reason that the case was the same as the case already

## OHIO COURTS OF APPEALS—Continued

pending in that court between the same parties. This motion was sustained by the trial court without hearing any evidence. Thereupon the plaintiff prosecuted error. In reversing the judgment of the lower court, the Court of Appeals held:

1. A court cannot take judicial notice of the fact that another action between the same parties of the same character is pending in the same court, and in order to take advantage of this fact, the existence of the same must be shown by competent evidence.

**Attorneys**—J. W. McCarron, for Roelle; G. H. Workman, for Smith.